## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICE OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7 PROCEEDINGS** |
| | ) | |
| **JANICE CONROY,** | ) | **CASE NO. 13-17046** |
| | ) | |
| **Debtor.** | ) | **JUDGE ARTHUR I. HARRIS** |
| | ) | |

## NOTICE OF HEARING ON TRUSTEE'S
## INTENT TO SELL PERSONAL PROPERTY AND
## OPPORTUNITY TO OBJECT THERETO

Now comes Mary Ann Rabin, Chapter 7 Trustee, by and through counsel, has filed papers with the Court on the Trustee's Intent to Sell Personal Property and of Opportunity to Object Thereto.

**Your Rights May Be Affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to allow said sale, or if you want the Court to consider your views on the Notice, then, **on or before February 4, 2014,** you or your attorney must:

1.       File a written response, explaining your position, at

**U.S. Bankruptcy Court**
**Howard M. Metzenbaum US Courthouse**
**201 Superior Avenue**
**Cleveland, Ohio 44114**

2.       If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

3.       Mail a copy to:

**Mary Ann Rabin, Trustee**
**Rabin & Rabin Co., LPA**
**55 Public Square, Suite 1510**
**Cleveland, Ohio 44113**



4.     Attend the hearing on the Notice, scheduled to be held on the **11th day of February, 2014 at 10:00 a.m.,** before the Honorable Judge Arthur I. Harris in Courtroom 1A Howard M. Metzenbaum US Courthouse, 201 Superior Avenue, Cleveland, OH.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sough in the Notice and the trustee will proceed with the aforementioned sale.

/s/Mary Ann Rabin
Mary Ann Rabin, (0000009)
Rabin and Rabin Co., LPA
55 Public Square, Suite No. 1510
Cleveland, OH 44113
(216)771-8084
Facsimile No. (216)771-4615
mrabin@rabinandrabin.com

## S E R V I C E

A copy of the foregoing Notice was mailed on this 6th day of January, 2014, by ordinary U.S. mail, postage prepaid to:

Janice Conroy
32932 Pineview Circle
North Ridgeville, OH 44039

All creditors listed on attached mailing matrix

**ECF Service:**

- Jon M Ginter    jginter@ginterlegal.com
- Mary Ann Rabin    trusteemail@rabinandrabin.com, mrabin@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

/s/Mary Ann Rabin
MARY ANN RABIN (#0000009)

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

American Express
PO Box 981537
El Paso, TX 79998-1537

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Amway
7575 Fulton Road East
Ada, MI 49355-0001

ARS National Services, Inc.
PO Box 463023
Escondido, CA 92046-3023

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Capital One Natl Assoc
PO Box 30281
Salt Lake City, UT 84130-0281

Capital One, N.A.
PO Box 71083
Charlotte, NC 28272-1083

Citicards CBNA
701 E 60th St. N
Sioux Falls, SD 57104-0432

Comenity Bank/Giant Eagle
PO Box 182789
Columbus, OH 43218-2789

Cuyahoga County Fiscal Officer
1219 Ontario St.
Cleveland, OH 44113-1654

DSNB/Macy's
PO Box 8218
Mason, OH 45040-8218

Fifth Third Bank
9441 LBJ Freeway #350
Dallas, TX 75243-4545

GECRB/Care Credit
c/o PO Box 965036
Orlando, FL 32896-5036

Janice Conroy
32932 Pineview Circle
North Ridgeville, OH 44039-4378

Kohl's Department Store
PO Box 3115
Milwaukee, WI 53201-3115

Nationwide Credit, Inc.
2002 Summit Blvd.
Suite 600
Atlanta, GA 30319-1559

Navy Federal Credit Union
P.O Box 3000
Merrifield, VA 22119-3000

Now Larimar Punta Cana
5600 SW 135th Ave
Suite 210
Miami, FL 33183-5101

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Ryan J. Biel
112 Wilson
Girard, OH 44420-2911

Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706-1496

Sallie Mae, Inc.
PO Box 9500
Wilkes Barre, PA 18773-9500

The Banyan Resort
323 Whitehead St.
Key West, FL 33040-6542

The Home Depot/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497