## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE NO. 13-17046 |
| | ) | |
| JANICE CONROY | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| | ) | **NOTICE OF TRUSTEE'S INTENT TO** |
| Debtors | ) | **SELL PERSONAL PROPERTY AND** |
| | ) | **OF OPPORTUNITY TO OBJECT** |
| | ) | **THERETO** |

PLEASE TAKE NOTICE that pursuant to Section 363(b) of the United States Bankruptcy Code and Rules 2002(a)(2) and 6004(a) of the Bankruptcy Rules of Procedure, Mary Ann Rabin, Trustee-in-Bankruptcy, ("Trustee"), intends to sell the interest that the debtor has in a 1979 Mercedes 450SL BAS by public or private sale, subject to the Debtor's claim of exemption in the amount of $4,900.00. Indiana Auto Auction has indicated that there will be sufficient funds for the cost of sale, the Debtor's exemption with funds remaining for the benefit of the estate. In the event the sale is not for the expected amount, the sale will not go forward.

You as a creditor or party in interest have the right to be heard with respect to the Trustee's proposed sale. Objections must be in writing and filed with the Clerk of the Bankruptcy Court with a copy served upon the undersigned not later than seven (7) calendar days preceding the date scheduled for hearing. In the absence of any timely-filed objection, the trustee will proceed with the aforementioned sale.

Parties in interest will take notice that a hearing is scheduled before the Honorable Judge Arthur I. Harris on the 11ᵗʰ **day of February 2014 at 10:00 a.m.** in Courtroom 1A of Howard M. Metzenbaum Courthouse, 201 Superior Avenue, Cleveland, Ohio.

/s/ Mary Ann Rabin
MARY ANN RABIN (#0000009)
Attorney for Trustee-in-Bankruptcy
Rabin & Rabin Co., L.P.A.
55 Public Square, Suite 1510
Cleveland, Ohio 44113-1901
(216) 771-8084
(216) 771-4615 facsimile
mrabin@rabinandrabin.com



## S E R V I C E

A copy of the foregoing Notice was sent by ordinary U.S. Mail on this 6th day of January 2013 to:

Janice Conroy
32932 Pineview Circle
North Ridgeville, OH 44039

All creditors listed on the attached Matrix

Electronic Service to:

- Jon M Ginter    jginter@ginterlegal.com

- Mary Ann Rabin    trusteemail@rabinandrabin.com, mrabin@ecf.epiqsystems.com

- United States Trustee    (Registered address)@usdoj.gov

/s/ Mary Ann Rabin
Mary Ann Rabin

| | | |
|---|---|---|
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Amway<br>7575 Fulton Road East<br>Ada, MI 49355-0001 |
| ARS National Services, Inc.<br>PO Box 463023<br>Escondido, CA 92046-3023 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Capital One Natl Assoc<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Citicards CBNA<br>701 E 60th St. N<br>Sioux Falls, SD 57104-0432 | Comenity Bank/Giant Eagle<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Cuyahoga County Fiscal Officer<br>1219 Ontario St.<br>Cleveland, OH 44113-1654 | DSNB/Macy's<br>PO Box 8218<br>Mason, OH 45040-8218 | Fifth Third Bank<br>9441 LBJ Freeway #350<br>Dallas, TX 75243-4545 |
| GECRB/Care Credit<br>c/o PO Box 965036<br>Orlando, FL 32896-5036 | Janice Conroy<br>32932 Pineview Circle<br>North Ridgeville, OH 44039-4378 | Kohl's Department Store<br>PO Box 3115<br>Milwaukee, WI 53201-3115 |
| Nationwide Credit, Inc.<br>2002 Summit Blvd.<br>Suite 600<br>Atlanta, GA 30319-1559 | Navy Federal Credit Union<br>P.O Box 3000<br>Merrifield, VA 22119-3000 | Now Larimar Punta Cana<br>5600 SW 135th Ave<br>Suite 210<br>Miami, FL 33183-5101 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Ryan J. Biel<br>112 Wilson<br>Girard, OH 44420-2911 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 |
| Sallie Mae, Inc.<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | The Banyan Resort<br>323 Whitehead St.<br>Key West, FL 33040-6542 | The Home Depot/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |